# Exhibit 3

DocuSign Envelope ID: DF00EF90-1BEE-4658-B3EC-6DC69935E958
Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 12

Case: 1:23-cv-00094 Document #: 1-3 Filed: 01/06/23 Page 2 of 2 PageID #:70

FILED
1/6/2023 7:30 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH11832
Calendar, 12
20923910

FILED DATE: 1/6/2023 7:30 AM 2022CH11832

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT

OLENA HALIM, individually and on behalf of all those similarly situated,

    Plaintiff,

v.

CHARLOTTE TILBURY BEAUTY INC., ISLESTARR HOLDINGS LTD.

    Defendant.

No. 2022CH11832

**Judge: Sophia H. Hall**

### STIPULATION OF EXTENSION FOR TIME TO ANSWER COMPLAINT

    NOW COMES Plaintiff, OLENA HALIM, individually and on behalf of all those similarly situated, and Defendants, CHARLOTTE TILBURY BEAUTY, INC. and ISLESTARR HOLDINGS LTD, by and through their attorneys, and the parties stipulating that the time answer the Complaint previously filed in the above captioned matter, or file any other responsive pleading, is extended until March 20, 2023.

OLENA HALIM, Individually and on behalf of all those similarly situated, Plaintiffs

BY: /s/ *Kylie K. Franklin*
    Kylie K. Franklin, ARDC #6325625
    **Hopkins & Huebner, P.C.**
    100 E. Kimberly Road, Suite 400
    Davenport, IA 52806
    Tel: 563-445-2254
    E-Mail: kfranklin@hhlawpc.com

CHARLOTTE TILBURY BEAUTY, INC. and ISLESTARR HOLDINGS LTD., Defendants

BY: *Lindsay Donn Mann* (DocuSigned by: 6E7A8A7CB05F44A...)
    Lindsay Donn Mann, Attorney
    148 LaFayette St.
    New York, NY 10013
    Tel: 332-228-7164
    E-Mail: Lindsay.donnmann@charlottetilbury.com

1