# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| OLENA HALIM, individually and on behalf of all those similarly situated, | : : : : |
| Plaintiff, | : Case No. _____ |
| vs. | : : State Court Case No. 2022CH11832 |
| CHARLOTTE TILBURY BEAUTY INC., ISLESTARR HOLDINGS LTD., | : : : |
| Defendants. | : : : |

## **DECLARATION OF JONATHAN BUSH IN SUPPORT OF NOTICE OF REMOVAL**

I, JONATHAN BUSH, declare as follows:

1. I am a citizen of the United Kingdom, and I am over 21 years of age. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am employed by Islestarr Holdings Ltd. (together with Charlotte Tilbury Beauty Inc., "Charlotte Tilbury Beauty"). I have been employed by Charlotte Tilbury Beauty since 2020, and currently hold the position of IT Security & Compliance Manager.

3. I understand that plaintiff in this case seeks to certify a class of "[a]ll individuals whose biometric identifiers and/or biometric information were captured, collected, obtained, stored, used, disclosed, redisclosed, disseminated, sold, traded, or profited from by [Charlotte Tilbury Beauty] through 'Charlotte's Virtual Try On' tool within the state of Illinois any time within the applicable limitations period." (Compl. ¶ 48).

4. I have reviewed company records relating to the use of "Charlotte's Virtual Try On Tool."

5. Based on my review of Charlotte Tilbury records available to date, the best present estimate is that at least 100 individuals used "Charlotte's Virtual Try On" tool within the state of Illinois during the five-year period preceding Plaintiff's claims.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in London, England on January 6, 2023.

DocuSigned by:

*Jonathan Bush*

590E2B644EE8464...

JONATHAN BUSH