## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Olena Halim

                                              Plaintiff,

v.                                                                                Case No.: 1:23−cv−00094
                                                                               Honorable Nancy L. Maldonado

Charlotte Tilbury Beauty Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 7, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Status hearing held on 3/7/23. Both Plaintiff's and Defense counsel were present. The parties reported that they have exchanged initial disclosures. As discussed on the record, Plaintiff';s initial status report [23] asserts that this Court lacks subject−matter jurisdiction over Plaintiff's claims. Plaintiff shall file a motion to remand by 3/28/23; Defendants' response due by 4/11/23; Plaintiff's reply due by 4/18/23. In light of the jurisdictional issue, at this time the parties may issue discovery but are not required to answer, and the deadline for Defendants to file a motion to dismiss is stayed pending a ruling on the motion to remand. The Court encourages the parties to continue to engage in settlement discussions. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.