# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Olena Halim,

Plaintiff(s),

v.

Charlotte Tilbury Beauty Inc. et al,

Defendant(s).

Case No. 23 C 94
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff's motion to remand [29] is granted. This matter will be returned to the Circuit Court of Cook County. The Clerk shall remand this case to the Circuit Court of Cook County, forthwith.

This action was *(check one)*:

☐ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on a motion.

Date: 5/11/2023

Thomas G. Bruton, Clerk of Court

Jackie Deanes, Deputy Clerk