

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**          312-435-5670
Clerk

Date 5/16/2023

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:   Halim v. Charlotte Tilbury Beauty Inc. et al
USDC Case Number:  23cv94
Circuit Court Case Number:      2022 CH 11832

Dear Clerk:

A certified copy of an order entered on 5/11/2023 by the Honorable   Lindsay C. Jenkins       , remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                    Sincerely yours,
                                    Thomas G. Bruton, Clerk

                                    By: /s/  J. Hollimon
                                          Deputy Clerk

Enclosure(s)

Rev. 10/05/2016